IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONI WRIGHT, *et al.* : | |
|     Plaintiffs, : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| LEHIGH VALLEY HOSPITAL, *et al.* : | No. 10-431 |
|     Defendants. : | |

### ORDER

**AND NOW**, this **24th** day of **August, 2010**, upon consideration of Plaintiff's Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b), Defendants' response thereto, and for the reasons provided in this Court's Memorandum dated August 24, 2010, it is hereby **ORDERED** that:

1. The motion (Document No. 18) is **DENIED without prejudice**.

2. Defendants' Motion for a Protective Order (Document No. 30) is **DENIED without prejudice**. Having decided the class certification issue, the Parties may raise discovery issues with this Court pursuant to the Court's Policies and Procedures.

BY THE COURT:

_____
**Berle M. Schiller, J.**