```
IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| JONI WRIGHT, ET AL. | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : NO. 10-431 |
| LEHIGH VALLEY HOSPITAL AND HEALTH NETWORK, ET AL. | : |
| Defendants | : |

ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE

### ORDER

**AND NOW**, this 20th day of January, 2011, upon consideration of Plaintiff's Second Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b), and all responses thereto, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. This case is designated as a Section 216(b) collective action.

3. Those persons eligible to be opt-in plaintiffs in this collective action are: all non-exempt registered nurses employed by defendants in their Patient Care Services Division within the past three years and who were not compensated for work required to be performed before and after their scheduled shifts.

4. Within ten days of this Order, Defendants shall produce to Plaintiff a computer-readable data file containing

the name and address of all potential opt-in members so that notice may be implemented.

5. The parties are directed to draft a proposed protective order regarding telephone information for all potential opt-in members for submission to the Court within ten days. If the parties are unable to agree to a proposed order, either party may submit a form of order within fifteen days and/or respond to their opponents' submission(s) within twenty days.

6. Plaintiff's proposed form of notice is APPROVED IN PART AND REJECTED IN PART as detailed in the accompanying Memorandum Opinion.

7. Plaintiff is authorized to send notice by United States first class mail to all potential opt-in plaintiffs.

8. Potential opt-in plaintiffs shall have forty-five days from the date of mailing of the notice to opt into this lawsuit.

BY THE COURT:


　/s/ Arnold C. Rapoport　
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE