IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONI WRIGHT, ET AL. | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : NO. 10-431 |
| LEHIGH VALLEY HOSPITAL AND HEALTH NETWORK, ET AL. | : |
| Defendants | : |

ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE

**ORDER**

**AND NOW**, this 23rd day of June, 2011, upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint (Docket Entry 117), and all responses thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 /s/ Arnold C. Rapoport
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE